No. 81–2057.   KARCHER, SPEAKER, NEW JERSEY ASSEMBLY, ET AL. *v.* DAGGETT ET AL.   Appeal from D. C. N. J.   Probable jurisdiction noted.

No. 81–1863.   UNITED STATES ET AL. *v.* GRACE ET AL.   Appeal from C. A. D. C. Cir.   Motion of appellees for leave to proceed *in forma pauperis* granted.   Probable jurisdiction noted.

No. 81–857.   MARTINEZ, AS NEXT FRIEND OF MORALES *v.* BROCKETTE, TEXAS COMMISSIONER OF EDUCATION, ET AL.   C. A. 5th Cir.   Certiorari granted.

No. 81–1938.   UNITED STATES *v.* BAGGOT.   C. A. 7th Cir.   Certiorari granted.

No. 81–1966.   BELKNAP, INC. *v.* HALE ET AL.   Ct. App. Ky.   Certiorari granted.

No. 81–1802.   UNITED STATES *v.* KNOTTS.   C. A. 8th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–1983.   SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* CAMPBELL.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–2101.   PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL.   C. A. 3d Cir.   Motion of respondents Terri Lee Halderman et al. for leave to proceed *in forma pauperis* and certiorari granted.